UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rachel Brown

    v.                                        Case No. 25-cv-88-LM-AJ

NH Department of Health and Human Services

ORDER

    The Court construes the plaintiff's motion (doc. no. 15) as an objection to the September 30, 2025 Report and Recommendation ("R&R"). So construed, and after due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 30, 2025. For the reasons explained therein, DHHS's motion to dismiss (doc. no. 10) is granted.

    Plaintiff appears to seek oral argument so that she may learn the proper venue for her claim. The court may not provide legal advice. The court notes that the R&R, at page 3, states: "On June 17, 2024, the Appeals Unit affirmed the BAF, ostensibly because Social Security Disability and SNAP determinations have differing regulations. The notice of decision noted that plaintiff could seek reconsideration from the Appeals Unit, or seek review in the New Hampshire Supreme Court. Rather than pursuing either of those options, plaintiff filed suit in Hillsborough County Superior Court on June 29, 2024."

    The clerk shall enter judgment and close this case.

                                                                                      Landya B. McCafferty
                                                                                      Chief Judge

Date: October 22, 2025

cc:     Rachel Brown, pro se
        Counsel of Record